## STATE OF CONNECTICUT *v.* PAUL OVECHKA

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 99 Conn. App. 679 (AC 26077), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the state's evidence of the defendant's repeated spraying of the victim in the eyes, face, clothing and body with weed killer and/or pepper spray, and of the victim's eye and skin injuries, was insufficient to prove the use of a 'dangerous instrument' within the meaning of General Statutes § 53a-60 (a) (2) (assault in the second degree) and General Statutes § 53a-3 (7)?"

ROGERS, C. J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 17895.

*Margaret Gaffney Radionovas*, senior assistant state's attorney, in support of the petition.

*Ruth Daniella Weissman*, special public defender, in opposition.

Decided April 26, 2007